COMMONWEALTH OF KENTUCKY
NELSON CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00393
*ELECTRONICALLY FILED*

BETH S. BALLARD,  PLAINTIFF
as Administratix of the Estate of
PAULINE GEORGETTE PARENT

V.  **NOTICE OF REMOVAL**

CRACKER BARREL OLD COUNTRY STORE,  DEFENDANT
INC.

***** ***** *****

**PLEASE TAKE NOTICE** that this case, which was previously pending in the Nelson Circuit Court, has been removed to the United States District Court for the Western District of Kentucky by the Defendant, Cracker Barrel Old Country Store, Inc., pursuant to 28 U.S.C. § 1332(a), 28 U.S.C. § 1337(a), 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446. Copies of the Notice of Removal and Civil Action Cover Sheet, filed with the United States District Court for the Western District of Kentucky, are attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

333 W. Vine Street, Ste. 1100
Lexington, KY 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By: /s/ William H. Partin, Jr.
    WILLIAM H. PARTIN, JR.
    W. TYLER LLOYD
    *Counsel for Defendant Cracker Barrel Old Country Store, Inc.*


EXHIBIT B

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing was served via electronic mail upon the following:

Tanner H. Schultz
Morgan & Morgan, Kentucky PLLC
333 W. Vine Street, Suite 1200
Lexington, KY 40507
*Counsel for Plaintiff*

All on this the 3rd day of October, 2022.

*/s/ William H. Partin, Jr.*
WILLIAM H. PARTIN, JR.
W. TYLER LLOYD

4867-6271-4163, v. 1